EAST BATON ROUGE PARISH C-719355
Filed May 24, 2022 11:14 AM   21
Deputy Clerk of Court

19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

GWENDOLYN ANN WILLIAMS        DOCKET NO: **719355  DIV 21**

VERSUS

WAL-MART REAL ESTATE BUSINESS TRUST,
WAL-MART STORES EAST, LP., AND
WAL-MART REALTY COMPANY        DIVISION: _____

### PETITION FOR DAMAGES

The petition of GWENDOLYN ANN WILLIAMS, a person of legal age, domiciled in and a resident of the Parish of West Baton Rouge, State of Louisiana, respectfully represents:

1.

Made defendant herein are:

(A) WAL-MART REAL ESTATE BUSINESS TRUST, a Foreign Real Estate Investment Trust, authorized to do and doing business in Louisiana, which has appointed as its agent for service of process, C T Corporation, 3867 Plaza Tower Dr., Baton Rouge, LA 70816;

(B) WAL-MART STORES EAST, LP, a Foreign Partnership, authorized to do and doing business in Louisiana, which has appointed as its agent for service of process, C T Corporation, 3867 Plaza Tower Dr., Baton Rouge, LA 70816;

(C) WAL-MART REALTY COMPANY, a foreign corporation, authorized to do and doing business in Louisiana, which has appointed as its agent for service of process, C T Corporation, 3867 Plaza Tower Dr., Baton Rouge, LA 70816;

2.

On or about December 5, 2021, Gwendolyn Ann Williams went shopping at the Wal-Mart Store #3288 located at 10200 Sullivan Rd., Baton Rouge, LA 70818. She was walking across the parking lot, returning to her vehicle, with a cart loaded with plastic storage containers. Ms. Williams stepped in a depression in the parking lot formed by cracked and crumbling concrete, twisting her ankle and knee and injuring her back.

3.

The condition of the parking lot presented an unreasonable risk of harm to the Plaintiff and that risk of harm was reasonably foreseeable.

4.

Walmart both created and had actual or constructive notice of the condition which caused the damage, prior to the occurrence.



East Baton Rouge Parish
Deputy Clerk Of Court



EXHIBIT A

Certified True and Correct Copy
CertID: 2022052400684
Generated Date: 5/24/2022 12:02 PM

5.

Walmart failed to exercise reasonable care.

6.

The proximate cause of the accident and resulting injuries to Plaintiff was the negligence of the Defendant, which negligence is more particularized in the following non-exclusive respects:

a. failure to maintain or construct the premises in a safe condition;

b. failure to warn plaintiff of the defective condition;

c. failure to warn plaintiff by way of signs, or barricades, of the inherent danger of the parking lot;

d. failure to make necessary repairs;

e. failure to adequately inspect the premises, and

f. failure to meet generally the standard of care required in the above described situation.

7.

At all times pertinent herein, the property was owned and, in the care, custody and control of Defendant, Wal-Mart, Inc.

8.

Additionally, and/or in the alternative, Plaintiff alleges the liability of the Defendant, under Articles 2317, 2317.1, 2320 and 2322 of the Louisiana Civil Code.

9.

At all times pertinent hereto, Defendant, Wal-Mart, Inc., had in full force and effect a policy and/or policies of insurance, which covered the Defendant Wal-Mart, Inc. and the aforesaid premises, which provide coverage for Plaintiff's damages as set forth herein.

10.

As a result of the accident sued on, Plaintiff, Gwendolyn Ann Williams, sustained severe injuries and residual disabilities consisting of, but not limited to, various abrasions and contusions, various muscle strains and sprains, injuries to her ankle, right knee and back, and other injuries to other parts of her body, which injuries have caused and will continue to cause plaintiff great pain and physical suffering, as well as mental suffering, and which injuries have required and will continue to require extensive medical treatment.



Certified True and Correct Copy
CertID: 20220524000684

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
5/24/2022 12:02 PM

11.

As a result of the aforementioned negligence of the Defendant, Plaintiff is entitled to recover damages reasonable in the premises, both general and special, including, but not limited to, medical expenses, lost earnings and loss of earning capacity, physical pain and suffering, mental and emotional pain and suffering, and loss of enjoyment of life, all past, present and future. Permanent physical disability and disfigurement, expenses, interest and attorney fees, all as allowed by law.

WHEREFORE, Plaintiff, Gwendolyn Ann Williams, prays that the defendant be duly served and cited to appear and answer this petition and that after due proceedings are had, there be judgment in favor of Plaintiff, Gwendolyn Ann Williams and against the Defendants, Wal-Mart Real Estate Business Trust, Wal-Mart Stores East, LP, and Wal-Mart Realty Company, finding defendant liable jointly, severally and in solido, for such damages, both special and general, as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, and for all just and equitable relief.

Respectfully Submitted

*Michael L. Hebert*
Michael L. Hebert, La #18253
Law Office of Michael L. Hebert, LLC
3909 Plaza Tower Drive
Baton Rouge, Louisiana 70816-4356
Tel: (225) 612-9444
Fax: (225) 372-7490
Email: attorneyhebert@gmail.com
hebertlaw22@gmail.com

**PLEASE SERVE:**

Wal-Mart Real Estate Business Trust,
Wal-Mart Stores East, LP, and
Wal-Mart Realty Company,

through their agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816



Certified True and Correct Copy
CertID: 2022052400684

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
5/24/2022 12:02 PM